COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re TMX Finance of Texas, Inc.; TitleMax of Texas, Inc.; and TMX Finance LLC

Appellate case number:    01-14-00964-CV

Trial court case number:   2013-33584

Trial court:              152nd Judicial District Court of Harris County

On December 3, 2014, relators, TMX Finance of Texas, Inc.; TitleMax of Texas, Inc.; and TMX Finance LLC, filed a petition for writ of mandamus and an opposed emergency motion for temporary relief. Relators request that we stay all trial court orders and rulings regarding the apex deposition of relators' CEO Tracy Young, which has been noticed for December 9, 2014, until this Court resolves their mandamus petition. Relators' petition seeks a writ of mandamus ordering the trial court to: (1) vacate its November 24, 2014 order compelling the deposition of Tracy Young; and (2) grant relators' October 30, 2014 motion for protection from the apex deposition of Mr. Young.

Accordingly, we grant the motion and ORDER that all orders and rulings regarding the apex deposition of relators' CEO Tracy Young in the above-referenced trial court case are **stayed**. *See* TEX. R. APP. P. 52.10(b). This stay is effective until the mandamus petition in this Court is finally decided or the Court otherwise orders the stay lifted. Any party may file a motion for reconsideration of the stay. *See id.* at 52.10(c).

The Court further requests a response to the mandamus petition by the real parties in interest **within 5 days of the date of this order**. *See* TEX. R. APP. P. 2, 52.8(b)(1).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                    ☒ Acting individually     ☐ Acting for the Court

Date: December 4, 2014